UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN S. EGGERS, | No. CV-12-5160-EFS |
| Plaintiff, | |
| v. | |
| CHRISTOPHER M. FITZPATRICK; BENTON COUNTY SHERIFF'S OFFICE; BENTON COUNTY; COUNTY AND SHERRIFF'S OFFICE EMPLOYEES 1-100, | |
| Defendants. | |
| STEVEN S. EGGERS, | No. CV-13-5009-EFS |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASES** |
| DEPUTY FITZPATRICK, | |
| Defendant. | |

Plaintiff Steven S. Eggers, a former prisoner at the Benton County Jail, brought these *pro se* actions alleging civil rights violations pursuant to 42 U.S.C. § 1983. On February 25, 2013, the Court directed Plaintiff to provide a current mailing address and to either a) pay the standard filing fee, or b) submit a completed application to proceed *in forma pauperis*. Cause No. CV-12-5160-EFS, ECF No. 17; Cause No. CV-13-5009-EFS, ECF No. 8. The Court gave Plaintiff thirty days to comply and warned him that a failure to do so would result in dismissal of his actions. *Id.*

ORDER DISMISSING CASES - 1

1    Plaintiff has not 1) provided a current mailing address, 2) paid
2 a filing fee, or 3) submitted a completed application to proceed *in*
3 *forma pauperis* as directed.  More than thirty days have now passed.
4 The Court therefore dismisses these actions.
5    Accordingly, **IT IS HEREBY ORDERED**:
6    1.   The above-captioned actions are hereby **DISMISSED WITHOUT**
7         **PREJUDICE**.
8    2.   All pending motions are **DENIED AS MOOT**, and all hearings
9         and other deadlines are **STRICKEN**.
10   3.   The Clerk's Office is directed to **CLOSE** both files.
11   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this
12 Order and provide copies to Plaintiff and all counsel of record.
13   **DATED** this   29th    day of March 2013.

                          s/ Edward F. Shea
                          EDWARD F. SHEA
                Senior United States District Judge

Q:\EFS\Civil\2012\5160.dismiss.lc2.docx

ORDER DISMISSING CASES - 2